Laura Kabler Oswell (State Bar No. 241281)
Thomas E. Fullerton (State Bar No. 305104)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIA LICENSING CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMPAL ELECTRONICS, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:16-cv-01409-HSG<br><br>**STIPULATION AND ORDER SETTING SCHEDULE ON RESPONSE TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER SETTING SCHEDULE ON RESPONSE TO COMPLAINT AND RESCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. 3:16-CV-01409-HSG

SULLIVAN & CROMWELL LLP

WHEREAS, on March 22, 2016, plaintiff Via Licensing Corporation ("Via") filed its Complaint for Breach of Contract; Specific Performance (Dkt. No. 1) (the "Complaint");

WHEREAS, on April 6, 2016, the Court ordered that a case management conference shall be held in this case on July 1, 2016, at 11:00 A.M., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California (Dkt. No. 8);

WHEREAS, on May 9, 2016, Via was informed that defendants Compal Electronics, Inc. and Auscom Engineering Inc. (collectively, "Defendants") have retained Orrick, Herrington & Sutcliffe LLP ("Orrick") to represent them in the above-captioned action;

WHEREAS, Orrick has agreed to accept service of the Complaint on behalf of all Defendants;

WHEREAS, on June 7, 2016, Via and Defendants filed their Stipulation and [Proposed] Order Setting Schedule on Response to Complaint and Rescheduling Initial Case Management Conference and Related Dates (Dkt. No. 11) (the "Stipulation With Proposed Order");

WHEREAS, on June 8, 2016, Judge Jeffrey S. White recused himself from this case (Dkt. No. 12);

WHEREAS, on June 10, 2016, this case was reassigned to Judge Haywood S. Gilliam, Jr. (Dkt. No. 15);

WHEREAS, on June 14, 2016, a case management conference was scheduled for July 5, 2016 at 2:00 p.m., in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California (Dkt. No. 16.) (the "Initial Case Management Conference");

WHEREAS, because Orrick has been recently retained by Defendants in this case, good cause exists to reschedule the Initial Case Management Conference to a later date and grant Defendants additional time to answer or otherwise respond to the Complaint;

WHEREAS, the parties have agreed to complete the conference required by Rule 26(f) of the Federal Rules of Civil Procedure on or before July 12, 2016;

1  WHEREAS, other than the Stipulation With Proposed Order, which has been
2 neither granted nor denied, no time modifications have been previously requested in this case;
3  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
4 Via and Defendants, by and through their respective counsel, that:
5  1. Orrick will accept service of process on behalf of all Defendants.
6  2. Defendants shall have until and including August 5, 2016 to answer or
7 otherwise respond to the Complaint.
8  3. If Defendants file any motion in response to the Complaint, the Parties
9 will meet and confer on a briefing schedule.
10  4. The Initial Case Management Conference should be rescheduled from
11 July 5, 2016 to August 16, 2016, at 2:00 p.m., in Courtroom 10, 19th Floor, 450 Golden Gate
12 Avenue, San Francisco, California.
13  5. The Parties shall file their Joint Case Management Statement no later than
14 five (5) court days prior to the Initial Case Management Conference.
15  6. As provided by the March 24, 2016 Order Setting Initial Case
16 Management Conference and ADR Deadlines (Dkt. No. 4), all other deadlines provided by that
17 order are continued consistent with the rescheduling of the Initial Case Management Conference
18 to August 16, 2016, except for the conference required by Rule 26(f) of the Federal Rules of
19 Civil Procedure, which the Parties have agreed to complete on or before July 12, 2016.
20 DATED: June 21, 2016

/s/ Laura Kabler Oswell
Laura Kabler Oswell
Thomas E. Fullerton
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

-2-

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE ON RESPONSE TO COMPLAINT AND RESCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. 3:16-CV-01409-HSG

| | |
|---|---|
| | *Attorneys for Plaintiff VIA LICENSING CORPORATION* |
| DATED: June 21, 2016 | |
| | /s/  Robert J. Benson (w/ permission by LKO) |
| | Robert J. Benson (CA Bar No. 155971) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 2050 Main Street, Suite 1100 |
| | Irvine, California 92614 |
| | Telephone: (949) 567-6700 |
| | Facsimile: (949) 567-6710 |
| | |
| | I. Neel Chatterjee (CA Bar No. 173985) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |
| | Telephone: (650) 614-7400 |
| | Facsimile: (650) 614-7401 |
| | |
| | *Attorneys for Defendants COMPAL ELECTRONICS, INC. and AUSCOM ENGINEERING INC.* |

I, Laura Kabler Oswell, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule on Response to Complaint and Rescheduling Initial Case Management Conference and Related Dates.  In compliance with General Order No. 45, X.B., I hereby attest that Robert J. Benson has concurred in this filing.

    /s/ Laura Kabler Oswell
    Laura Kabler Oswell

*       *       *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  JUNE 21, 2016.

    HAYWOOD S. GILLIAM, JR.
    UNITED STATES DISTRICT JUDGE

-3-

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE ON RESPONSE TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. 3:16-CV-01409-HSG