Laura Kabler Oswell (State Bar No. 241281)
Thomas E. Fullerton (State Bar No. 305104)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIA LICENSING CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>COMPAL ELECTRONICS, INC.,<br><br>         Defendant. | Case No. 3:16-cv-01409-HSG<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE REGARDING COMPAL ELECTRONICS, INC.'S <u>MOTION TO DISMISS</u>** |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE REGARDING COMPAL
ELECTRONICS, INC.'S MOTION TO DISMISS
CASE NO. 3:16-CV-01409-HSG

SULLIVAN & CROMWELL LLP

1  WHEREAS, on March 22, 2016, plaintiff Via Licensing Corporation ("Via") filed its Complaint for Breach of Contract; Specific Performance (Dkt. No. 1) (the "Complaint");

3  WHEREAS, on June 21, 2016, Via and defendant Compal Electronics, Inc. ("Compal") filed their Stipulation and [Proposed] Order Setting Schedule on Response to Complaint and Rescheduling Initial Case Management Conference and Related Dates (Dkt. No. 18) (the "Stipulation With Proposed Order");

7  WHEREAS, on June 21, 2016, the Court granted the Stipulation With Proposed Order (Dkt. No. 19) (the "Order Granting Stipulation");

9  WHEREAS, the Order Granting Stipulation stated that if Compal files "any motion in response to the Complaint, the Parties will meet and confer on a briefing schedule";

11  WHEREAS, on August 5, 2016, Compal filed its Motion to Dismiss (the "Motion to Dismiss") (Dkt. No. 29), which is scheduled to be heard at 2:00 p.m. on September 29, 2016;

13  WHEREAS, the parties have met and conferred regarding a briefing schedule with respect to the Motion to Dismiss.

15  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Via and Compal, by and through their respective counsel, that:

17  1.  Via shall have until and including September 2, 2016 to file its opposition to the Motion to Dismiss (the "Opposition");

19  2.  Compal shall have until and including September 15, 2016 to file its reply to Via's Opposition.

21  DATED: August 16, 2016

/s/ Laura Kabler Oswell
Laura Kabler Oswell
Thomas E. Fullerton
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

-1-

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE REGARDING COMPAL ELECTRONICS, INC.'S MOTION TO DISMISS
CASE NO. 3:16-CV-01409-HSG

SULLIVAN & CROMWELL LLP

Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Plaintiff VIA LICENSING CORPORATION*

DATED: August 16, 2016

/s/ Robert J. Benson
Robert J. Benson (CA Bar No. 155971)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

I. Neel Chatterjee (CA Bar No. 173985)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendants COMPAL ELECTRONICS, INC. and AUSCOM ENGINEERING INC.*

I, Laura Kabler Oswell, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Schedule on Response to Complaint and Rescheduling Initial Case Management Conference and Related Dates.  In compliance with General Order No. 45, X.B., I hereby attest that Robert J. Benson has concurred in this filing.

/s/ Laura Kabler Oswell
Laura Kabler Oswell

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: AUGUST 16, 2016

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-2-

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE REGARDING COMPAL ELECTRONICS, INC.'S MOTION TO DISMISS
CASE NO. 3:16-CV-01409-HSG