1  ROBERT J. BENSON (STATE BAR NO. 155971)
   rbenson@orrick.com
2  ABIGAIL W. LLOYD (STATE BAR NO. 243971)
   alloyd@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2050 Main Street
4  Suite 1100
   Irvine, California  92614-8255
5  Telephone:     +1-949-567-6700
   Facsimile:     +1-949-567-6710
6
   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
7  nchatterjee@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Road
   Menlo Park, California  94025
9  Telephone:     +1-650-614-7400
   Facsimile:     +1-650-614-7401
10
   Attorneys for Defendant
11 COMPAL ELECTRONICS, INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 VIA LICENSING CORPORATION,              Case No. 3:16-cv-01409-HSG

15              Plaintiff,                 STIPULATION AND ORDER
                                           REGARDING NEW HEARING DATE
16       v.                                ON DEFENDANT COMPAL
                                           ELECTRONICS, INC.'S MOTION TO
17 COMPAL ELECTRONICS, INC.,               DISMISS AND EXTENSION OF
                                           DEADLINE FOR DEFENDANT TO
18              Defendants.                FILE REPLY TO PLAINTIFF'S
                                           OPPOSITION TO MOTION TO
19                                         DISMISS

20                                         Date:      December 1, 2016
                                           Time:      2:00 pm
21                                         Judge:     Hon. Haywood S. Gilliam, Jr.
                                           Courtroom: 10, 19th Floor
22

23

24

25       THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

26       WHEREAS, the hearing on Defendant's Motion to Dismiss is currently scheduled for

27 October 27, 2016;

28
                                        1
   STIPULATION AND [PROPOSED] ORDER REGARDING NEW HEARING DATE ON
   DEFENDANT'S MOTION TO DISMISS AND EXTENSION OF DEFENDANT'S REPLY
                   DEADLINE - CASE NO. 3:16-CV-01409-HSG

1   WHEREAS, the parties have set a Mediation date for October 27, 2016, consistent with

2   the Court's Order Selecting ADR Process entered July 27, 2016;

3   WHEREAS, to accommodate the schedule of the mediator and the parties, Plaintiff and

4   Defendant have agreed to move the hearing on Defendant's Motion to Dismiss to the next

5   available hearing date on the Court's calendar, December 1, 2016; and

6   WHEREAS, Plaintiff has agreed to give Defendant a one-week extension of time to file

7   its reply brief in response to Plaintiff's opposition to Defendant's Motion to Dismiss.

8   WHEREFOR, the parties stipulate as follows:

9   1.   That the hearing on Defendant's Motion to Dismiss, currently set for October 27,

10   2016, at 2:00 p.m., be moved to the next available hearing date of December 1, 2016, at 2:00

11   p.m.; and

12   2.   That Defendant be given an additional week, or until September 22, 2016, to file

13   and serve their reply brief to Plaintiff's opposition to Defendant's Motion to Dismiss.

14   Dated:  September 13, 2016                    I. NEEL CHATTERJEE
                                                    ROBERT J. BENSON
15                                                  ABIGAIL W. LLOYD
                                                    Orrick, Herrington & Sutcliffe LLP
16

17                                                  By: */s/ Robert J. Benson*
18                                                  ROBERT J. BENSON
                                                    Attorneys for Defendant
19                                                  COMPAL ELECTRONICS, INC.

20

21   Dated:  September 13, 2016                    LAURA KABLER OSWELL
                                                    THOMAS E. FULLERTON
22                                                  Sullivan & Cromwell LLP

23

24                                                  By: */s/ Laura Kabler Oswell*
                                                    LAURA KABLER OSWELL
25                                                  Attorneys for Plaintiff
                                                    VIA LICENSING
26

27                                                  2

28

STIPULATION AND [PROPOSED] ORDER REGARDING NEW HEARING DATE ON
DEFENDANT'S MOTION TO DISMISS AND EXTENSION OF DEFENDANT'S REPLY
DEADLINE - CASE NO. 3:16-CV-01409-HSG

OHSUSA:765809885

1

**ORDER**

2          IT IS SO ORDERED.

3

4     DATED:  SEPTEMBER 15, 2016

5                                                    HON. HAYWOOD S. GILLIAM, JR.
                                                     UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER REGARDING NEW HEARING DATE ON
DEFENDANT'S MOTION TO DISMISS AND EXTENSION OF DEFENDANT'S REPLY
DEADLINE - CASE NO. 3:16-CV-01409-HSG