Laura Kabler Oswell (State Bar No. 241281)
Thomas E. Fullerton (State Bar No. 305104)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Attorneys for Plaintiff*

Robert J. Benson (State Bar No. 155971)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:     (949) 567-6700
Facsimile:     (949) 567-6710

I. Neel Chatterjee (State Bar No. 173985)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:     (650) 614-7400
Facsimile:     (650) 614-7401

Ya-Chiao Chang (appearing *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1301 McKinney Street, Suite 4100
Houston, TX 77010
Telephone:     (713) 658-6400

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIA LICENSING CORPORATION, | Case No. 3:16-cv-01409-HSG |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH <u>PREJUDICE</u>** |
| v. | |
| COMPAL ELECTRONICS, INC., | |
| Defendant. | |

WHEREAS, on March 22, 2016, Plaintiff Via Licensing Corporation ("Via") filed its Complaint for Breach of Contract; Specific Performance (Dkt. No. 1) (the "Complaint") against Defendants Compal Electronics, Inc. ("Compal") and Auscom Engineering Inc. ("Auscom");

WHEREAS, on August 1, 2016, Via voluntary dismissed without prejudice all claims against Auscom;

WHEREAS, on October 27, 2016, the parties signed a confidential settlement term sheet (the "Settlement Term Sheet") and agreed to work together to prepare a formal settlement agreement consistent with the terms set forth in the Settlement Term Sheet;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Via and Compal, by and through their respective counsel, that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), subject only to Compal's compliance with its obligation to pay the settlement amount at the time and in the manner set forth in the Settlement Term Sheet, all claims in the above-captioned action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

2. This Court shall retain jurisdiction in order to enforce the terms of the Settlement Term Sheet or, if superseded by a formal agreement, the terms of the formal agreement.

Dated: November 4, 2016.

    /s/ Laura Kabler Oswell
Laura Kabler Oswell
Thomas E. Fullerton
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

*Attorneys for Plaintiff VIA LICENSING CORPORATION*

DATED: November 4, 2016.

      /s/ Robert J. Benson
Robert J. Benson
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Ya-Chiao Chang
ORRICK, HERRINGTON & SUTCLIFFE LLP
1301 McKinney Street, Suite 4100
Houston, TX 77010
Telephone:     (713) 658-6400

*Attorneys for Defendant COMPAL ELECTRONICS, INC.*

I, Laura Kabler Oswell, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal with Prejudice. In compliance with General Order No. 45, X.B., I hereby attest that Robert J. Benson has concurred in this filing.


      /s/ Laura Kabler Oswell
Laura Kabler Oswell


\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: NOVEMBER 7, 2016     _____
                         HAYWOOD S. GILLIAM, JR.
                         UNITED STATES DISTRICT JUDGE